# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00031-CV

### In re Patricia Ann Gonzales

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining that various bureaucratic hurdles have prevented her from collecting compensation as a person wrongfully imprisoned. Having reviewed the petition and record provided, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8.

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Field

Filed: January 22, 2016